BEFORE THE FIRST DIVISION, SEPTEMBER 27, 1962

**No. 67076.**—W. J. Byrnes & Co. and Daniel Bennett *v.* United States, protest 59/29053 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of temporarily strung imitation pearls similar in all material respects to those the subject of Abstract 66102, the claim of the plaintiffs was sustained.